DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PENNI JANE MARKFIELD** a/k/a **PENNI JANE SCHULTZ,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D17-3199

[November 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 13025985.

Peter Ticktin and Kendrick Almaguer of The Ticktin Law Group, PLLC, Deerfield Beach, for appellant.

Sara F. Holladay-Tobias, Emily Y. Rottmann and C. H. Houston, III of McGuireWoods, LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***